**\*\*NOT PRINTED FOR PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GONZALO L. VILLASANA, SR. | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-20 |
| CAPTAIN NEWMAN, *et al.*, | § | |

<u>ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff, Gonzalo L. Villasana, Sr., an inmate confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Captain Newman and Sergeant M. Jones.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting the defendants' motion for summary judgment(docket entry no. 46).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge has been filed.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in

accordance with the recommendations of the Magistrate Judge.

So ORDERED and SIGNED, Mar 24, 2021.

																		_____
																		Ron Clark
																		Senior Judge